1  RICHARD A. BESHWATE, JR., SBN 179762
2  Attorney at Law
   1330 L Street   Suite D
3  Fresno CA 93721
   (559) 266-5000
4  Costco has some great resort packages/
   Attorney for Defendant
5  ADOLFO MEDINA-OREGON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00133-LJO-SKO |
|---|---|
| Plaintiff, | <u>AMENDED</u> |
| v. | <u>STIPULATION AND ORDER TO CONTINUE HEARING</u> |
| ADOLFO MEDINA-OREGON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant ADOLFO MEDINA-OREGON, and BRIAN DELANEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 4, 2019, at 1:00 p.m., shall be calendared for APRIL 1, 2019, at 1:00 p.m. for status conference.

Attorneys for Defendant and Plaintiff are requesting the continuance of the hearing due to negotiations and investigations. Assistant United States Attorney Brian Delaney has no objection to the continuance.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation and to continue negotiations, taking into account the

1

exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: January 30, 2019      Respectfully submitted,

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
ADOLFO MEDINA-OREGON

Dated: January 30, 2019      Respectfully submitted,

/s/ Brian Delaney
BRIAN DELANEY
Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation, the hearing as to the above-named defendant currently scheduled for February 4, 2019, at 1:00 p.m., is vacated and the status conference hearing will be heard on April 1, 2019, at 1:00 p.m. Time shall be excluded for the reasons set forth in the parties' stipulation.

The Court notes that this case has been pending since June 25, 2018, and this will be the third status conference in this case. To move this case forward, the parties shall be prepared to select a mutually agreeable trial date before Chief U.S. District Judge Lawrence J. O'Neill at the status conference on April 1, 2019.

IT IS SO ORDERED.

Dated:   **January 31, 2019**        /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

3