```
 1  RICHARD A. BESHWATE, JR., SBN 179762
    Attorney at Law
 2  1330 L Street  Suite D
    Fresno CA 93721
 3  (559) 266-5000
 4
    Attorney for Defendant
 5  ADOLFO MEDINA-OREGON
 6
 7                      UNITED STATES DISTRICT COURT
 8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,            Case No. 1:18-cr-00133-LJO-SKO
11          Plaintiff,                   STIPULATION AND ORDER TO
                                         CONTINUE HEARING
12       v.
13  ADOLFO MEDINA-OREGON,
14          Defendant.
15
```

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, RICHARD A. BESHWATE, JR. attorney for Defendant ADOLFO MEDINA-OREGON,

18  and BRIAN DELANEY, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled

19  for April 1, 2019, at 1:00 p.m., shall be calendared for APRIL 29, 2019, at 1:00 p.m. for status

20  conference.

21      Attorneys for Defendant and Plaintiff are requesting the continuance of the hearing due to

22  continuing negotiations and investigations. Assistant United States Attorney Brian Delaney has no

23  objection to the continuance.

24      The parties stipulate that the time until the next hearing should be excluded from the

25  calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

26  served by the court excluding such time, so that counsel for the defendant may have reasonable

27  time necessary for effective preparation and to continue negotiations, taking into account the

28  exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the

1

interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: March 25, 2019        Respectfully submitted,

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
ADOLFO MEDINA-OREGON

Dated:  March 25, 2019        Respectfully submitted,

/s/ Brian Delaney
BRIAN DELANEY
Assistant U.S. Attorney

## **ORDER**

The parties' request for a continuance is DENIED. This case has been pending since June 2018. At the status conference on January 31, 2019, the Court set a further status conference on April 1, 2019, and asked the parties to be prepared to set the case for trial at the next status conference.

The Court understands the need for the parties to engage in plea negotiations. This does not, however, preclude the setting of a trial date. The Court will accommodate the parties' request for a trial date that provides them sufficient time to continue to engage in plea negotiations.

IT IS SO ORDERED.

Dated:  **March 28, 2019**            /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE